UNITED STATES DISTRICT COURT
COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| CAMERON ELLIS,<br><br>　　　Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>　　　Defendant. | No. 19-1489C<br>Judge Kaplan |

OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Defendant has filed a Motion to Dismiss claiming this case does not allege facts supporting a breach of contract or negligence claim. Defendant is incorrect. Plaintiff has amply alleged facts demonstrating that Defendant did, in fact, breach a contract with Plaintiff, and act negligently in connection with this matter. In further support of his claims, Plaintiff attaches various USPS documents (See Exhibits 1-5), already in USPS custody but oddly not mentioned in Defendant's motion to dismiss even though Defendant sought an extension from this Court to file its response based on its claimed need to retrieve these documents.

FACTS

As set forth in Plaintiff's complaint, on or about June 11, 2018, Plaintiff went to Defendant's Belmont, Massachusetts branch and sent a brand new Gucci backpack to Los Angeles, California through the U.S. Mail after selling it on eBay for $800.00. (Exhibit 1) Plaintiff paid $1,250.00 for the backpack in August 2017. (Exhibit 5).

After the backpack was shipped, but before it was delivered, Plaintiff purchased an intercept from Defendant on June 23, 2018. (Exhibit 2) An intercept is a contractual guarantee

that a package will not be delivered to the addressee, and will be returned to the sender. Defendant confirmed Plaintiff's purchase of the intercept, and informed Plaintiff that the intercept had taken effect. (See Plaintiff's Complaint) This was a false statement. On June 25, 2018 at 08:58 the backpack is described in USPS tracking documents as "INTERCEPTED" *at the USPS facility* in Los Angeles, California. (Exhibit 2) The next entry in the tracking document states that *at exactly the same time*, June 25, 2018 at 08:58, the backpack was "DELIVERED, INDIVIDUAL PICKED UP AT POSTAL FACILITY." (Exhibit 2)

When Plaintiff learned that USPS had *delivered* the backpack immediately *after* intercepting it, he contacted USPS officials in Massachusetts and California. (See Complaint) Plaintiff was advised to speak with a postal inspector in California. Plaintiff gave the inspector the address to which the backpack was originally sent. The inspector stated that he would initiate an investigation, attempt to locate the package, retrieve it, and send back to Plaintiff. The inspector advised Plaintiff to contact USPS customer service in Boston. (See Complaint)

Plaintiff contacted USPS customer service in Boston. An official there took a description of the missing item and promised to contact the California postal inspector to ensure that an investigation took place, and to determine whether the backpack had been located and retrieved. Neither the California postal inspector nor the Boston customer service official ever followed up with the Plaintiff. USPS officials in both states told Plaintiff that they would assign postal inspectors to investigate and attempt to recover the backpack, but Defendant took no such steps. Plaintiff repeatedly asked USPS officials about the investigation, and was promised that an investigation would take place, but no USPS official ever investigated the matter or otherwise took steps to recover the backpack, locate and retrieve the backpack, or determine what happened to the backpack. (See Complaint)

The backpack was wrongfully delivered, lost, or stolen *at the USPS postal facility in Los Angeles California, at exactly the same time that it was intercepted*, on or about June 25, 2018.

In late October, 2018, an official at the Belmont, MA post office looked at computerized USPS tracking information and stated that it appeared the package had been located by USPS officials in Los Angeles, California, and was en route back to Belmont. (See Complaint) This same USPS official stated that it was not necessary to file a claim because the package had been recovered. That information was incorrect because soon thereafter, the manager at the Belmont, MA post office, Erick Scholl, advised Plaintiff that the backpack had not been located, and that he would send a fax himself to a customer service fax number to determine the location of the backpack. Mr. Scholl stated that he personally called the California postal inspector many times, but received no response. (Exhibits 3-4)

A week or so later, Mr. Scholl told Plaintiff that he did not have any luck determining where the backpack was, and that Plaintiff should call 1-800-332-0317 and ask for a complaint "form 1000" because the package could not be retrieved. A few weeks later, Plaintiff received "form 1000" in the mail. He completed the form and submitted a complaint via certified mail to the USPS Domestic Claims Department in Missouri. Plaintiff's claim and appeal were denied by Defendant. (See Complaint)

BREACH OF CONTRACT/NEGLIGENCE

Contrary to Defendant's argument, Plaintiffs' claims are not simply that a contract was created by the purchase of an intercept. Plaintiff's backpack was successfully intercepted, and *then immediately delivered* to an unknown individual *at the USPS facility in Los Angeles California*. Defendant created a contract with Plaintiff by accepting Plaintiff's money for the

intercept and stating, verbally and in the tracking order, that the intercept was successful, and when that information proved to be false, promising to initiate an investigation which never took place, and when *that* information proved to be false, telling Plaintiff the backpack had been recovered and that there was no need to file a complaint, and when *that* information proved to be false, telling Plaintiff the backpack had probably been stolen by a USPS employee, and that he should file a claim with the USPS, which was hopeless, and ultimately denied.

Defendant made false statements and no attempt whatsoever to determine whether a USPS employee stole the backpack, or whether it had been delivered improperly *by a USPS postal employee at the USPS facility in Los Angeles California*. USPS records indicate the intercept was successfully effectuated *at the USPS postal facility in Los Angeles, California at the same time when the intercept failed*, yet Defendant failed even to visit the putative addressee's home to determine whether that person picked up the backpack, so it could at least be determined whether a customer or an employee at the Los Angeles Post Office had taken the backpack.

Plaintiff relied on Defendant's various statements to his detriment. USPS officials negligently performed the intercept, and negligently and recklessly stated that the intercept was successful when it was not, then later stated that that they found the backpack, and when both claims proved untrue, they promised to conduct an investigation. Had these false representations not been made, Plaintiff could have reached out to law enforcement sources, or sought assistance from others, in an attempt to recover his backpack.

For all the above reasons, Defendant's motion should be denied.

Respectfully submitted,

Cameron Ellis, pro se

Dated: December 30, 2019

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 30th day of December, 2019, I

caused to be placed in the United States mail (first-class postage prepaid), a copy of the

foregoing Opposition to Defendant's Motion to Dismiss, addressed as follows:

*Cameron Ellis*

Mollie Finnan
Claudia Burke
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, DC 20044

Product Tracking & Reporting

UNITED STATES
POSTAL SERVICE

Home    Search    Reports    Manual Entry    Bulk/
Confirmation    PTR/PRS    USPS Corporate
Accounts    Help

## USPS Tracking Intranet Tracking Number Result

### Result for Domestic Tracking Number 9534 6121 6263 8162 2413 76

#### Destination and Origin

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 900441242 | LOS ANGELES | CA |

**Origin**

| ZIP Code | City | State |
|---|---|---|
| 024789998 | BELMONT | MA |

#### Tracking Number Classification

##### Class/Service

| | |
|---|---|
| Class/Service: | USPS Retail Ground USPS Tracking |
| Class of Mail Code/Description: | BP / USPS Retail Ground |

##### Destination Address Information

| | |
|---|---|
| Address: | 11530 S NORMANDIE AVE APT 10 |
| City: | LOS ANGELES |
| State: | CA |
| 5-Digit ZIP Code: | 90044 |
| 4-Digit ZIP Code add on: | 1242 |
| Delivery Point Code: | 10 |
| Record Type Code: | Building/Apartment |
| Delivery Type: | Residential, Central |

##### Origin / Return / Pickup Address Information

| | |
|---|---|
| Address: | |
| City: | |
| State: | |
| 5-Digit ZIP Code: | 02478 |
| 4-Digit ZIP Code add on: | 9998 |

##### Shipping Services File

| | |
|---|---|
| Shipping Services File Number: | 9475 0016 9932 0852 1704 46 |
| Date/Time Tendering Mail: | 07/07/2018 08:55 |
| Shipping Services File Type: | 2 - Tracking File |
| Shipment Accepted: | No |

##### Service Delivery Information

| | |
|---|---|
| Service Performance Date: | Expected Delivery by: Monday, 06/18/2018 by 8:00pm |
| Network Predicted Delivery Date: | Monday, 06/18/2018 |
| Expected Delivery between: | 10:50 - 12:50 |
| Expected Delivery Displayed Externally?: | Check service calculation information page |
| Zone: | 00 |
| PO Box: | N |
| Other Information: | Service Calculation Information |

##### Payment

| | |
|---|---|
| Payment Type: | Other Postage |
| Payment Account Number: | 000000000000 |
| Postage: | $19.60 |
| Weight: | 3 lb(s) 11 oz(s) |
| Rate Indicator: | Single-Piece Rate |

##### Agent Information

*(handwritten notes in right margin:)*
Remind
USPS account Iston ~~Istore~~

User
Wendy1store

Eric
484-
4201

USPS.com
Claim
usps/postalinspectors

## Extra Services Details

| Description | Amount | Associated Labels |
|---|---|---|
| USPS Tracking | $0.00 | 9495 5016 9832 0168 7372 33 |

## Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| PRE-SHIPMENT INFO SENT TO USPS | MA | 07/07/2018 | 08:56 | LOS ANGELES, CA 90044 | Manifest Generated | | Destined to route C003 | 07/07/2018 08:56:34 | |
| EXPECTED DELIVERY WINDOW | WN | 08/25/2018 | 09:46 | LOS ANGELES, CA 90044 | System Generated | | Expected for route C008 | 08/25/2018 12:02:40 | |
| DELIVERED, INDIVIDUAL PICKED UP AT POSTAL FACILITY | 01 | 08/25/2018 | 08:58 | LOS ANGELES, CA 90044 | Scanned | IMD 030SHCJ659 (non-wireless) | Scanned by route 0044C007 | 08/25/2018 10:25.38 | Facility Finance Number 054534 |
| INTERCEPTED | 44 | 08/25/2018 | 08:58 | LOS ANGELES, CA 90044 9998 | Scanned | IMD 030SHCJ659 (non-wireless) | Scanned by route 0044C067 | 08/25/2018 10:25.38 | |
| ARRIVAL AT UNIT | 07 | 08/25/2018 | 07:52 | LOS ANGELES, CA 90044 | Scanned | PASS-001- | Destined to route C008 | 08/25/2018 09:46:40 | PC / OF Reason Code |
| IN TRANSIT TO DESTINATION | NT | 08/24/2018 | 12:57 | | System Generated | | | 08/24/2018 14.10:34 | |
| PACKAGE INTERCEPT REQUESTED | VI | 08/23/2018 | 21.01 | 00000 | Customer Driven Activity | | | 08/24/2018 02:47:92 | Case / Confirmation Number: WEI1221021 |
| TRACKING INQUIRY, IVR | VT | 08/23/2018 | 13:30 | | Customer Driven Activity | | | 08/23/2018 13:31:38 | |
| IN TRANSIT TO DESTINATION | NT | 08/23/2018 | 12:57 | | System Generated | | | 08/23/2018 14:08:38 | |
| TRACKING INQUIRY, IVR | VT | 08/22/2018 | 17:13 | | Customer Driven Activity | | | 08/22/2018 17:14:35 | |
| IN TRANSIT TO DESTINATION | NT | 08/22/2018 | 12:57 | | System Generated | | | 08/22/2018 14:06:38 | |
| TRACKING INQUIRY, CALL CENTER | VT | 08/21/2018 | 18:31 | LOS ANGELES, CA 90044 | Customer Driven Activity | | | 08/21/2018 18:32.59 | |
| TRACKING INQUIRY, IVR | VT | 08/21/2018 | 16:06 | | Customer Driven Activity | | | 08/21/2018 16:07.37 | |
| TRACKING INQUIRY, IVR | VT | 08/21/2018 | 15:41 | | Customer Driven Activity | | | 08/21/2018 15:42:35 | |
| ENROUTE/PROCESSED | 10 | 08/21/2018 | 11:57 | PHOENIX, AZ 85043 | Scanned | PSS-001-36 | | 08/21/2018 14:11:47 | |
| IN TRANSIT TO DESTINATION | NT | 08/19/2018 | 12:14 | | System Generated | | | 08/19/2018 14:30:37 | |
| IN TRANSIT TO DESTINATION | NT | 08/18/2018 | 12:14 | | System Generated | | | 08/18/2018 14:26.34 | |
| IN TRANSIT TO DESTINATION | NT | 08/17/2018 | 12:14 | | System Generated | | | 08/17/2018 14:28.32 | |
| ENROUTE/PROCESSED | 10 | 08/16/2018 | 04:14 | BELL GARDENS, CA 90201 | Scanned | PSS-001-13 | | 08/16/2018 08:20.36 | |
| IN TRANSIT TO DESTINATION | NT | 08/15/2018 | 12:11 | | System Generated | | | 08/15/2018 11:24.38 | |
| IN TRANSIT TO DESTINATION | NT | 08/14/2018 | 12:11 | | System Generated | | | 08/14/2018 11:26.33 | |
| IN TRANSIT TO DESTINATION | NT | 08/13/2018 | 12:11 | | System Generated | | | 08/13/2018 11:20.55 | |
| ENROUTE/PROCESSED | 10 | 08/12/2018 | 11:11 | JERSEY CITY, NJ 07097 | Scanned | PSM-2-IU | | 08/12/2018 10:18.46 | |
| ACCEPT OR PICKUP | 03 | 08/11/2018 | 18:36 | BELMONT, MA 024789998 | Scanned | POS 216263 | Destined to route C008 | 08/11/2018 17:54.05 | Facility Finance Number 240002 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search [dropdown]    Submit

*claims treats*
*888-601-9328*

*Cal. CA139171120*
*uspsc case #*

December 11, 2018

To Whom It May Concern,

My name is Erick Scholl and I am writing on behalf of the Belmont Post Office in Massachusetts. Our customer named Cameron Ellis came in on 6/11/2018 and sent a retail ground package to Los Angeles, CA.  On 6/23/2018 the customer paid for an intercept and rather than it be intercepted the Post Office allowed an individual to pick it up at the postal facility.

Attached you will find tracking and reporting information, claim for damage, a receipt for the product, and a copy of the customers bank statement with the transaction day and date.

Is it possible for someone to take a closer look at the claim that has been sent? The claim was sent on 11/9/2018.

Thank You for your cooperation with this matter.

Erick Scholl

Belmont Manager

I received a phone call from the claim department phone number 314-345-2900 at 1.02 pm on 12/17/2018  I had mailed a claim form to them by express mail  12/11/2018 tracking number ee386714319us on   behalf of Cameron Ellis  and his mom  Wendy Murphy. We are trying to resolve a claim on a package that was sent to los Angeles California 90044 . The package was sent and arrived 6/25/2018 at 7.32 am

Tracking number 9534-6121-6263-8162-2413-76 The customer paid to have the package intercepted The package in question was intercepted at 8.58 am 6/25/2018 and then delivered At 8.58 am that same day . Ms Murphy has tried to  to resolve  this with the united states postal inspection service case number cal ca1329171120 and has not received any response .   The person that called me from St Louis   today asked me to have the customer call 1-800-332-0317 press option 9 and have a form 1000   mailed to them I asked if I could print one out or if he could not . The customer service rep from St Louis stated to me that  after  Ms Murphy sends back the form 1000 she should receive a letter  saying claim denied .

Erick B Scholl

Belmont Ma 02477
Manager

GUCCI

Boston
800 Boylston Street, Space TS101A
Mandarin Oriental, Boston
Boston MA 02199
tel (617) 247-3000

Date: 6/24/17 11:16:26
Register: 3

Trans #: 15455
Store: 23047
Cashier: 1002956
Cashier: CAMERON ELLIS
Customer ID: 2304700300475

*************************************
***********REPRINT - REPRINT - REPRINT**********
*************************************
*************REPRINT - REPRINT - REPRINT**********
*************************************

ITEM                          PRICE      AMOUNT USD
    QTY                  1,250.00        1,250.00
97/ /2A1 406370KLQAX - 9772 - NA

ITEM
000027709                     1          360.00
110 LUGGAGE
Salesperson: 1002956 (JORGE)
97/ /906 411924KGDHH - 9643 - 908

007209267                     1          360.00
154 MENS BELTS  36/906 411924KGDHH - 9643 - 908
Salesperson: 1002956 (JORGE)

                              1          230.00
85/ /P.C 447964KLQNG - 8526 - NA

007514010                     1          230.00
120 WOMENS SHLG 85/ /P.C 447964KLQNG - 8526 - NA
Salesperson: 1002956 (JORGE)

                   Subtotal    1,840.00
                   Tax          104.06
                   Total(USD)  1,944.06
                   USD         1,944.06

Debit Card
--------TRANSACTION RECORD--------      REG # 3

STORE     # 23047
INVOICE   # 545508
INVOICE   # 07329403
MERCHANT  # 073294
TERMINAL  # 073294

          ** DIRECT PAYMENT **

                              INSERTED

TYPE: Sale
DEBIT: VISA                   INSERTED
          US DEBIT            11:15:56
CARD #************0154  06/24/2017  RESP 00
DATE/TIME:       AUTH #        USD 00
REF #            101753
545508 8000000000840  CUR:0840
AID: 8000000000000  ARC:00
TSI: 6800
TVR: 8000040000
APP: US DEBIT
IAD: 06010A03600000

                              1944.06

Total USD$

                   Approved

Verified by PIN                          0.00

----------IMPORTANT:----------
retain this copy for your records

Change

SOLD ITEM COUNT = 3
*************************************
***********REPRINT - REPRINT - REPRINT**********
*************************************
***********REPRINT - REPRINT - REPRINT**********
                              Tax      92.50
                              Total  1,572.50



INSPECTED 9

X-RAYED
JAN 10 2020
DOJ MAILROOM

1040

Mollie Finnan
Claudia Burke
U.S. Dept of Justice
Civil Division Litigation Branch
Commercial
PO Box 480 Ben Franklin Station
Washington, DC 20044

1 Stone Rd
Belmont, MA 02478

RECEIVED
DOJ COURIER
JAN 14 2020
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS