# In the United States Court of Federal Claims

(Pro Se)

| | |
|---|---|
| CAMERON ELLIS, ) <br> ) <br> Plaintiff, ) <br> )     No. 19-1489C <br> v. )     (Filed: February 6, 2020) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | |

## ORDER

The Court has received Plaintiff's second filing of his Opposition to the Defendant's Motion to Dismiss. The Court had previously received this same filing on January 14, 2020. Docket No. 9. Therefore, the Court is returning Plaintiff's Opposition to him.

**IT IS SO ORDERED.**

_____
ELAINE D. KAPLAN
Judge